**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**LUIS RIVERA,**

                **Plaintiff,**

**-vs-**                                              **Case No. 6:11-cv-723-Orl-28DAB**

**COMMISSIONER OF SOCIAL
SECURITY,**

                **Defendant.**
_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **UNOPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 26)**
>
> **FILED:**     **December 14, 2011**
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

This cause having come before the Court upon the unopposed motion of the Defendant to remand this case to the Commissioner for further administrative action pursuant to Sentence 4 of 42 U.S.C. 405(g) and 1383(c)(3). Upon consideration of the Motion, and the grounds urged in support thereof, it is **respectfully RECOMMENDED** that the decision of the Commissioner be reversed under sentence four of 42 U.S.C. § 405(g) and this case be remanded to the Commissioner of Social Security:

The Administrative Law Judge will give Plaintiff the opportunity to submit any additional and/or updated medical information. The ALJ will give further consideration to all medical source opinions of record, particularly that of Dr. Medary. The ALJ will obtain vocational expert (VE) testimony to determine the impact of assessed limitations on Plaintiff's ability to perform sedentary work prior to May 6, 2010. If Plaintiff cannot perform past relevant work, the VE will determine what other jobs are available in significant numbers in the national economy. The hypothetical questions to the VE will reflect the specific capacity/limitations that are documented/supported by the record. As the ALJ who issued the prior March 10, 2009 hearing decision is the same one who issued the current hearing decision of July 21, 2010, **this case will be assigned to another ALJ.**

It is also respectfully **RECOMMENDED** that the Clerk of the Court be directed to enter a separate judgment, remanding the case under Sentence 4 of 42 U.S.C. § 405(g).

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on December 29, 2011.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy