# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LUIS RIVERA,**

        **Plaintiff,**

**-vs-**                                              **Case No.  6:11-cv-723-Orl-28DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**
_____

## ORDER

This case is before the Court on the Unopposed Motion for Entry of Judgment with Remand (Doc. No. 26) filed December 14, 2011.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed December 29, 2011 (Doc. No. 27) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Unopposed Motion for Entry of Judgment with Remand is **GRANTED**.

3.    The decision of the Commissioner of Social Security is **REVERSED** under sentence four of 42 U.S.C. § 405(g).

4.	This case is **REMANDED** to the Commissioner of Social Security for further proceedings.

5.	The Clerk of the Court is directed to issue a judgment consistent with this Order and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___25th___ day of January, 2012.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

```
                              JOHN ANTOON II
                              United States District Judge
```