# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LUIS RIVERA,**

        **Plaintiff,**

**-vs-**                                             **Case No. 6:11-cv-723-Orl-28DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

# ORDER

This case is before the Court on Plaintiff's Unopposed Motion for Attorney's Fees Under the Equal Access to Justice Act (Doc. No. 30) filed February 15, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed March 20, 2012 (Doc. No. 31) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Unopposed Motion for Attorney's Fees Under the Equal Access to Justice Act (Doc. 30) is **GRANTED**.

3. The Clerk of the Court is directed to enter judgment in favor of Plaintiff and against the Commissioner of Social Security in the amount of $2,782.25 for attorney's fees

and $350.00 for costs, payable out of the judgment fund administered by the United States Department of Treasury.

4.  The Court reserves jurisdiction to consider a future petition for fees under 42 U.S.C. § 406(b), with any such petition to be filed no later than 30 days after any final determination — such as receipt of the Notice of Award or the close out letter to Plaintiff's attorney — giving rise to entitlement to fees.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___23rd___ day of April, 2012.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

JOHN ANTOON II
United States District Judge