# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LUIS RIVERA,**

      **Plaintiff,**

**-vs-**                                      **Case No. 6:11-cv-723-Orl-28DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

_____

## ORDER

This case is before the Court on Unopposed Petition and Affirmation for Attorney Fees Under 42 U.S.C. § 406(b)(1) (Doc. 34). The United States Magistrate Judge has submitted a Report (Doc. 35) recommending that the motion be granted.

After a review of the record in this matter, and noting that no objections to the Report have been filed, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 35) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Unopposed Petition and Affirmation for Attorney Fees Under 42 U.S.C. § 406(b)(1) (Doc. 34) is **GRANTED**. Plaintiff's attorney, Stacey DeVeaux, is authorized to charge her client $10,000 and to refund $2,782.25 (the EAJA award) to him directly

consistent with the fee agreement and the findings of the Report and Recommendation.

**DONE** and **ORDERED** in Orlando, Florida this 12th day of March, 2013.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record